February 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GRANT MACKAY DEMOLITION COMPANY, INC., GRANT MACKAY
COMPANY, INC., MACKAY DEMOLITION COMPANY AND GRANT
MACKAY, INDIVIDUALLY, Appellants

NO. 14-13-01140-CV                  V.

NANCY LAY, ASHLEY LAY SCHAFFER, MELANIE LAY PLATT,
BETHANY LAY AND RACHEL LAY, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 19, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Grant Mackay Demolition Company, Inc., Grant Mackay Company, Inc., Mackay Demolition Company and Grant Mackay, Individually.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.